**Christobal RUIZ, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Jeffrey A. Beard, Secretary, Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Order of the Commonwealth Court is **AFFIRMED.**